IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTIAN AGUSTIN,** *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-671 |
| **U.S. BANK, N.A.,** *Defendant*. | § § § | |

### UNOPPOSED MOTION TO ALLOW
### JENNIFER JUERGENS TO WITHDRAW AS COUNSEL

Defendant U.S. Bank National Association ("Defendant") files this Unopposed Motion to Allow Jennifer Juergens ("Ms. Juergens") to Withdraw as Counsel (the "Motion").

Ms. Juergens is leaving Locke Lord LLP. Accordingly, Ms. Juergens seeks to immediately withdraw as counsel for Defendant in the above-referenced matter. Defendant will not be prejudiced by Ms. Juergens' withdrawal because Daniel Durrell of Locke Lord LLP will remain as counsel for Defendant.

Granting this Motion will not harm or prejudice any party, nor will the granting of this Motion cause undue delay.

WHEREFORE, Defendant respectfully requests that this Motion be granted, that Ms. Juergens be immediately withdrawn as counsel of record for Defendant, that the Court order that the docket be amended to reflect that Ms. Juergens has withdrawn as counsel for Defendant, and that Ms. Juergens no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case. Defendant respectfully request that Daniel Durrell continue to be provided with copies of all correspondence, pleadings, or other documents in this case as counsel for Defendant.

Respectfully submitted,

**LOCKE LORD LLP**

*/s/ Jennifer Juergens*
**Daniel Durell**
  State Bar No. 24078450
  S.D. Tex. Bar No. 2745564
  daniel.durell@lockelord.com
**LOCKE LORD LLP**
600 Congress Ave., Suite 2200
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

**Jennifer Juergens**
  State Bar No. 24101983
  S.D. Bar No. 2996936
  Jennifer.juergens@lockelord.com
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Telecopier: (713) 229-2578

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

      I hereby certify that I conferred with Plaintiff's counsel and Plaintiff's counsel indicated that Plaintiff was unopposed to the relief requested herein.

                                                /s/ *Jennifer Juergens*
                                                Jennifer Juergens

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served on this the 1st day of April 2022 via ECF on the following pursuant to the Federal Rules of Civil Procedure:

    *Via ECF*
    Robert C. Vilt
    VILT AND ASSOCIATES – TX, P.C.
    5177 Richmond Avenue, Suite 1142
    Houston, Texas 77056
    Clay@viltlaw.com

                                                /s/ *Jennifer Juergens*
                                                Jennifer Juergens